IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              3:05cr87/RV
                                                 3:06cv559/RV/MD
RODRIGO MARTINEZ-ULLOA
_____

**ORDER**

The defendant has filed a notice of appeal (doc. 152) and a motion for certificate of appealability (doc. 153) with respect to the order entered on March 21, 2008 (doc. 150). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of March 21, 2008, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 21st day of April, 2008.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**