**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:05CR87/RV/MD

RODRIGO MARTINEZ-ULLOA

**REFERRAL AND ORDER**

Referred to Senior Judge Collier on  May 2, 2008
Motion/Pleadings: MOTION TO ALTER JUDGMENT
Filed by Defendant   on 5/2/08   Doc.# 161
RESPONSES:
          on      Doc.#
          on      Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* __6TH__ *day of* __May__ *, 2008, that:*
*(a) The relief requested is DENIED.*
*(b)* This case is currently on appeal.  The court does not have jurisdiction to grant the requested relief.

/s/ *Roger Vinson*
**ROGER VINSON
Senior United States District Judge**